IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 12 AM 11: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CANAL INSURANCE COMPANY,

    Plaintiff,

vs.   No. 05-2505-JPM-sta

ALLENS SAMCO BROKERS, LLC,
ALLENS STEEL PRODUCTS, INC.,
ANTHONY BOOKOUT, SR., JESSE
D. HILL, and MARY JO HILL,

    Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND

This cause came on to be heard upon Motion of defendants, Allens Samco Brokers, LLC, Allens Steel Products, Inc. and Anthony Bookout, Sr., for an extension of time pursuant to Local Rule 7.1 within which to answer or otherwise respond to the Complaint filed herein. The Court finds that the requisites of Local Rule 7.1 have been complied with and that the Motion is well taken and should be granted. Allens Samco Brokers, LLC, Allens Steel Products, Inc. and Anthony Bookout, Sr. are hereby allowed up to and including October 12, 2005 within which to answer or otherwise respond to the Complaint.

IT IS ORDERED this 07th day of October, 2005.

S. Thomas Anderson
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02505 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Daniel E. King
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable Jon McCalla
US DISTRICT COURT