RDT-07000/59718

FILED BY _____ D.C.

05 OCT 17 PM 2: 56

THOMAS M. GOULD
CLERK, US DISTRICT COURT
          MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 05-2505-Ml-An |
| ALLENS SAMCO BROKERS, LLC, ) | |
| ALLENS STEEL PRODUCTS, INC., ) | |
| ANTHONY BOOKOUT, SR., JESSE ) | |
| D. HILL, and MARY JO HILL, ) | |
| ) | |
| Defendants. ) | |

## ~~JOINT PROPOSED~~ RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**   November 3, 2005

**JOINING PARTIES:**

    **for Plaintiff:**   December 19, 2005
    **for Defendants:**   January 19, 2006

**AMENDING PLEADINGS:**

    **for Plaintiff:**   December 19, 2005
    **for Defendants:**   January 19, 2006

**COMPLETING ALL DISCOVERY:**   June 19, 2006

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**   June 19, 2006

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**



RDT-07000/59718

      (i)    **Plaintiff's Experts:**    April 19, 2006
      (ii)   **Defendants' Experts:**   May 19, 2006
      (iii)  **Supplementation under Rule 26(e):**   May 29, 2006

  (c)    **DEPOSITION OF EXPERTS:**    June 19, 2006

**FILING DISPOSITIVE MOTIONS:**    July 18, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

  (a)    **for Plaintiff:**    45 days before trial
  (b)    **for Defendants:**    30 days before trial

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __2__ days. The presiding judge will set this matter for **NON-JURY TRIAL.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to a trial before the Magistrate Judge. The Magistrate

RDT-07000/59718

Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates as set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 14, 2005

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
R. DALE THOMAS, #13439
DANIEL E. KING, #23730
Attorneys for Plaintiff Canal Insurance Company

SHUTTLEWORTH WILLIAMS, PLLC

By: _____ by ORST w/ permission
MICHAEL G. DERRICK, #14820
Attorneys for Defendants Jesse D. Hill and Mary Jo Hill

McWHIRTER, WYATT & ELDER

By: _____ by ORST w/ permission
WARREN D. McWHIRTER, #15230
Attorneys for Defendants Allens Samco Brokers, LLC, Allens Steel Products, Inc., and Anthony Bookout, Sr.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02505 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Daniel E. King
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable Jon McCalla
US DISTRICT COURT