IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV -8 AM 11: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2505 Ml/An |
| | ) | |
| ALLENS SAMCO BROKERS, LLC, | ) | |
| ALLENS STEEL PRODUCTS, INC., | ) | |
| ANTHONY BOOKOUT, SR., JESSE D. | ) | |
| HILL, and MARY JO HILL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on October 17, 2005, by United States Magistrate Judge S. Thomas Anderson. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The non-jury trial in this matter, which is anticipated to last two (2) days, is set to begin <u>Monday, September 25, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, September 18, 2006 at 8:45 a.m.</u>

3. The joint pretrial order is due by no later than 4:30 p.m. on <u>September 11, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  11-8-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __7__ day of November, 2005.

                                  JON PHIPPS McCALLA
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02505 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Daniel E. King
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable Jon McCalla
US DISTRICT COURT