RDT-07000/59718

FILED BY _____ D.C.

05 NOV -9 PM 3: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ___ ___HIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

CANAL INSURANCE COMPANY,              )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )
                                      )
ALLENS SAMCO BROKERS, LLC,            )        No. 05-2505-MI-An
ALLENS STEEL PRODUCTS, INC.,          )
ANTHONY BOOKOUT, SR., JESSE           )
D. HILL, and MARY JO HILL,            )
                                      )
        Defendants.                   )

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING TO COUNTERCLAIM

---

This matter came before the Court pursuant to Plaintiff's Motion for Enlargement of Time within which to File a Responsive Pleading to Counterclaim. It appearing from the record that Defendants have no objection to Plaintiff's Motion and that Plaintiff has shown cause for an Enlargement of Time within which to File a Responsive Pleading to Counterclaim,

IT IS THEREFORE ORDERED that said time period is enlarged by twenty (20) days and that Plaintiff has until November 21, 2005 to file a responsive pleading to Defendants' Counterclaim.

ENTERED this _3rd_ day of _November_ , 2005.

_S. Thomas Anderson_
S. THOMAS ANDERSON,
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11-10-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02505 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Michael G. Derrick
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Daniel E. King
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable Jon McCalla
US DISTRICT COURT